**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-cr-167-RLH-GWF |
| v. ) | |
| ) | **O R D E R** |
| KORTNEY JOHNSON, ) | |
| ) | |
| Defendant. ) | |

On **June 22, 2011,** the Defendant appeared before this Court and entered a plea of guilty to Count One of the Indictment. The Defendant is currently in the custody of the State of Nevada for crimes allegedly committed while on release in this case. Accordingly, the Defendant submits to Federal detention on the instant charge.

IT IS THEREFORE ORDERED pursuant to the provisions of 18 U.S.C. § 3148 that the release order heretofore entered on **March 31, 2010** is hereby revoked.

IT IS FURTHER ORDERED that the defendant shall be detained pending sentencing.

DATED this  22nd  day of June, 2010.

_____
**ROGER L. HUNT
UNITED STATES DISTRICT JUDGE**